IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

CANON, INC.,

    Plaintiff,

v.

INK TECHNOLOGIES PRINTER SUPPLIES, LLC,

    Defendant.

Case No. 3:18-cv-58

JUDGE WALTER H. RICE

---

DECISION AND ENTRY SUSTAINING DEFENDANT'S UNOPPOSED MOTION TO STAY PENDING RELATED ITC PROCEEDINGS (DOC. #7); ADMINISTRATIVELY PROCESSING CASE

---

Defendant Ink Technologies Printer Supplies, LLC, timely filed a Motion to Stay Pending Related ITC [International Trade Commission] Proceedings, Doc. #7. Plaintiff Canon, Inc., has indicated that it does not oppose Defendant's motion. Doc. #8.

Pursuant to 28 U.S.C. § 1659(a), the Court SUSTAINS Defendant's unopposed motion and STAYS this action pending a final determination in the ITC proceedings.

The Clerk is directed to ADMINISTRATIVELY PROCESS this case. The parties shall promptly notify the Court when the ITC proceedings have concluded.

Date: April 2, 2018

  /s/ Walter H. Rice
WALTER H. RICE
UNITED STATES DISTRICT JUDGE